[No. 35600-7-II. Division Two. December 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. IDA CHRISTINE PEREZ-DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 06-1-00161-1, Michael J. Sullivan, J., entered November 17, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 35646-5-II. Division Two. December 11, 2007.]

JOHN HARPER ET AL., *Appellants*, v. COLDWELL BANKER BARBARA SUE SEAL PROPERTIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-02392-1, Barbara D. Johnson, J., entered November 17, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 35815-8-II. Division Two. December 11, 2007.]

THE BANKRUPTCY ESTATE OF PATRICK ALLEN, *Appellant*, v. BRIAN GEORGE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-2-03102-0, Theodore F. Spearman, J., entered December 8, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 35965-1-II. Division Two. December 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. AYISHA MARIE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01758-9, John R. Hickman, J., entered February 23, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Penoyar, JJ.